IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORE DEVINE, | ) | No. CV-F-05-1408 REC LJO |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING ORAL |
| | ) | ARGUMENT ON DEFENDANTS' |
| vs. | ) | MOTION TO DISMISS TO MAY |
| | ) | 30, 2006. |
| FRESNO COUNTY CPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

    On March 13, 2006, Defendants filed their Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and Motion for a More Definite Statement (the "Motion").  On March 16, 2006, the Court issued a minute order setting oral argument for May 15, 2006, at 1:30 p.m.

    Plaintiff's opposition brief was due Monday, May 1, 2006. L.R. 78-230(c).  The Court has not yet received any materials in opposition to the motion.  The Court also takes judicial notice of Plaintiff's failure to file timely her opposition brief to Defendants' previous motion to dismiss.

    Under Local Rule 11-110, "[f]ailure of counsel or of a party

1

to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Plaintiff's counsel is also reminded of an attorney's ethical duty of diligence: "A lawyer shall act with reasonable diligence and promptness in representing a client." Model Rules of Prof'l Conduct R. 1.3.

In order to avoid prejudice to Plaintiff and to Defendants based on Plaintiff's counsel's failure to file a timely opposition, the Court continues oral argument on the Motion to May 30, 2006, at 1:30 p.m.

**ACCORDINGLY:**

1. Oral argument on the Motion is continued to May 30, 2006, at 1:30 p.m.
2. Plaintiff shall file an opposition brief by May 16, 2006.
3. Defendants' shall file any reply to the opposition by May 22, 2006.

IT IS SO ORDERED.

**Dated: May 10, 2006**                    /s/ Robert E. Coyle
810ha4                                     UNITED STATES DISTRICT JUDGE