IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORE DEVINE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY CPS, et al.,<br><br>　　　　　　Defendants. | CV F 05-1408   AWI LJO<br><br>ORDER TAKING MATTER<br>UNDER SUBMISSION |

　　　On May 31, 2006, the court continued the hearing on Defendant's motion to dismiss Plaintiff's amended complaint for failure to state a claim and motion for more definite statement that had been set for June 5, 2006 because of assignment to a new District Court Judge. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the motions will remain under submission. The court will issue its decision in due course.

IT IS SO ORDERED.

Dated:　　June 27, 2006　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE