**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DORE DEVINE,** | ) | CV F 05-1408 AWI LJO (NEW DJ) |
| | ) | |
| Plaintiff, | ) | **DISCLOSURE** |
| | ) | |
| v. | ) | |
| | ) | |
| **FRESNO CO. CPS, et al.,** | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

    This action was originally assigned to the Honorable Robert E. Coyle.  Defendants filed a motion to dismiss, and it was set for oral argument before Judge Coyle.  On June 12, 2006, this action was randomly re-assigned to the undersigned because of Judge Coyle's retirement.  On June 27, 2006, the undersigned took the motion to dismiss under submission.  Upon further review of the pending motion the undersigned finds it necessary to issue this order prior to making any ruling on the motion to dismiss.

    A judge has an affirmative duty to recuse himself/herself in any proceeding in which his/her impartiality might reasonably be questioned.  8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).   In some cases, it is unclear whether a judge has an implied conflict until the parties' review both the specific facts of their case and the judge's personal circumstances.  For this reason, the undersigned makes the following disclosure:  On March 1, 2004, the undersigned's wife, Jeanette Ishii, became employed with the County of Fresno and currently serves as an Assistant County Administrative Officer.   Because from the face of the complaint it

1  does not appear Mrs. Ishii's employment is directly related to the incidents underlying this
2  action, the undersigned declines to sua sponte recuse himself from this case because Mrs. Ishii
3  works for the County of Fresno.   However, leave to file a motion for recusal is given to any party
4  who believes that after reviewing the facts of this particular case such a motion is appropriate.   If
5  no party files such a motion within twenty days, the court will issue a ruling on the motion to
6  dismiss.

8  IT IS SO ORDERED.

9  **Dated:   July 31, 2006**              /s/ Anthony W. Ishii
   0m8i78                                UNITED STATES DISTRICT JUDGE

2