IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORE DEVINE,** | CV F 05-1408  AWI LJO |
| Plaintiff, | ORDER VACATING HEARING DATE OF |
| v. | NOVEMBER 6, 2006 |
| **FRESNO COUNTY, GARY ZOMALT CATHI HUERTA, et al.,** | |
| **Defendants** | |

    Defendants have noticed for hearing and decision a motion to dismiss this action for Plaintiff's failure to file an amended complaint in compliance with the court's orders.  The matter was scheduled for oral argument to be held on November 6, 2006.  Under the Local Rule 78-230(c), any opposition was due by October 23, 2006.   On October 13, 2006, Plaintiff's attorney filed a declaration.   The declaration asks that whatever remains of this action be remanded to state court.   However,  Plaintiff has not filed opposition to the motion to dismiss. Plaintiff is therefore is not entitled to present oral argument at a hearing.  Local Rule 78-230(c). The court has reviewed Defendants' motion and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 6, 2006 is VACATED, and no party shall appear at that time. As of November 6, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 1, 2006**                             /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2